JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA FRANCIA, | Case No. CV 10-02654 DMG (OPx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CITY OF SAN JACINTO, et al., | |
| Defendants. | |

Pursuant to the Court's Order re Defendant's Motion for Summary Judgment, issued concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant City of San Jacinto against Plaintiff Jessica Francia, who shall take nothing.

DATED: March 13, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE